Loretta Manley and Leonard Smith, Plaintiffs-Appellees, v. Herschel G. Long, Defendant-Appellant.

Gen. No. 10,263. 

Third District.

February 18, 1960.

Released for publication March 7, 1960.

Gillespie, Burke, and Gillespie (Louis F. Gillespie, George B. Gillespie, and Frederick H. Stone, of counsel) for defendant-appellant; Hershey and Bliss (Richard G. Hershey and William J. Meyer, Jr., of counsel) for plaintiffs-appellees. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.